JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN RODRIGUEZ AROCHE, <br><br> Petitioner, <br><br> v. <br><br> JASON PARK, ET AL., <br><br> Respondent. | Case No. SACV 17-0367-JGB-KK <br><br> EDCV 16-0620-JGB (KK) <br><br> ORDER ACCEPTING FINAL FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for a Writ of Habeas Corpus, the records on file, and the Final Report and Recommendation of the United States Magistrate Judge. The Court has engaged in de novo review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that (1) Respondents' Motion to dismiss is DENIED; (2) Respondents' Motion to consolidate is GRANTED; and (3) the following cases shall be consolidated for all purposes: Marvin Rodriguez Aroche v. Jason Park, et al., No. SACV 17-0367-JGB (KK) (C.D. Cal.) and Hernandez v. Lynch, et al., No. EDCV 16-0620-JGB (KK) (C.D. Cal.).

///

///

All future pleadings and orders regarding these cases shall now be filed in Hernandez v. Lynch, et al., No. EDCV 16-0620-JGB (KK) (C.D. Cal.).

Dated: June 30, 2017

HONORABLE JESUS G. BERNAL
United States District Judge